Beatrice O'Connor, Respondent, v. Anthony H. Werneke, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Thomas F. Robinson, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Mary Trimble, Respondent, v. Mary H. Mackenzie, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Albert Burke, Respondent, v. Pittsburg Contracting Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

George W. Hebard, as Executor and Trustee, etc., Plaintiff, v. The City of New York, Respondent. Marcellus Hartley Dodge and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham P. J., McLaughlin, Laughlin, Clarke and Scott, JJ,

Abraham H. Sarasohn, Suing as Stockholder of the Jewish Press Publishing Company, etc., Respondent, v. Jewish Press Publishing Company, Appellant, Impleaded with Others.— Order reversed, without costs, and motion granted, without costs, to the extent of modifying the order for examination by limiting it to matters relevant to plaintiff's right to an interlocutory judgment. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Joseph G. Cushman, Respondent, v. George D. Cook and Arthur B. Turner, Individually and as Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Margaret P. Havery, Appellant, v. Alfred Wagstaff, as Executor, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Ida von Clausen, Appellant, v. John J. Hanley, Warden, etc., Respondent.— Order affirmed. No opinion, Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Richard E. Enright, Respondent, v. The New York Times Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mabel H. Peoples, as Administratrix, etc., Appellant, v. Copeland Townsend, Improperly Sued as Imperial Hotel and Café Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.